Friday, June 24, 2011

Ms. Beverly A. Whitley
Bell Nunnally & Martin, LLP
3232 McKinney Avenue, Suite 1400
Dallas, TX 75204-2429
Ms. Monica Wiseman Latin
Carrington Coleman Sloman & Blumenthal LLP
901 Main Street, Suite 5500
Dallas, TX 75202

RE: Case Number: 09-0558
 Court of Appeals Number: 05-08-00685-CV
 Trial Court Number: 08-02906-C

Style: MARSH USA INC. AND MARSH & MCLENNAN COMPANIES, INC.
 v.
 REX COOK

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. Gary |
| |Fitzsimmons |